**GERALDINE R. HOLLOWAY**
Attorney-At-Law
P.O. Box 7096
Tampa, Florida 33673
813-238-8839
Email: grh@grhpalaw.com

| | | |
|---|---|---|
| TO: | Virginia Brown | NO OF PAGES: 2 |
| FROM: | Geraldine R. Holloway | |
| REFERENCE: | 31335 Makinaw, Wesley Chapel | DATE SENT: 8/18/10 |
| EMAIL: | vbrown@brokerstitle.net | |

**WARNING – THERE ARE OPEN VIOLATIONS ON THIS PROPERTY. PENDING ASSESSMENTS MUST BE COLLECTED UNLESS VIOLATIONS ARE CURED AND RELEASED BY ASSOCIATION IN WRITING PRIOR TO CLOSING**

Following is an UPDATED itemization of the amount due BRIDGEWATER COMMUNITY ASSOCIATION, INC. through August 31, 2010. If foreclosure results in issuance of a Certificate of Title, a new payoff statement must be obtained.

| | |
|---|---|
| 2009 Q1 & Q2 Assessments @ $168/each | $ 336.00 |
| 2009 Q3 & Q4 Assessments @ $70/each | $ 140.00 |
| 2010 Annual Assessment | $ 280.00 |
| Late fees 5 @ $25.00 | $ 125.00 |
| Collection/Enforcement Costs - Association | $ 250.00 |
| Collection/Enforcement Fees – Attorney | $ 225.00 |
| Attorney fees/foreclosure | $ 300.00 |
| Pending Assessments | |
|   Power wash driveway, walkways, sidewalks/ remove weeds & stains | $ 350.00** |
|   Power wash structure, clean gutters & soffits | $ 500.00 |
|   Power wash mailbox & post | $ 100.00 |
|   Remove/replace dead sod front yard | $ 2,500.00*** |
|   Trim dead palms, weed & mulch planters & beds | $ 450.00 |
|   Repaint residence, including unfinished addition/ screen room | $ 6,232.00*** |
|   Remove/dispose of derelict fence | $ 1,250.00 |
| Association inspection fee – 2 @ $75.00 | $ 150.00 |
| Association inspection fee payment | $ (75.00) |
| Accrued Interest | $ 109.07 |
| Association Transfer Fee – Sale | $ 250.00 |
| Association Capital Contribution Fee – Sale | $ 400.00 |
| Attorney's fees/release non-compliance | $ 235.00 |
| Estoppel Letter Fee | $ 250.00 |
| Estoppel Letter Fee Payment | $ (250.00) |
| **TOTAL PAYOFF** | **$14,107.07** |

*[handwritten: 11,382]*
*[handwritten: 2,725 fees]*

  **All stains and/or paint must be removed from driveway and drive resurfaced or replaced if necessary. Additional charges will apply for resurfacing/replacement.

  ***ACC application and approval required.

Make check(s) payable to "Geraldine R. Holloway Trust Account" and forward to my office, along with a copy of the deed.

This is a communication from a debt collector.
*If you do not receive the correct number of pages, please contact us immediately.*

The information contained in this transmission may be attorney privileged and confidential. It is intended for the use of the individual or


EXHIBIT "A"