UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THOMAS STROCCHIO,

    Plaintiff,

v.          CASE NO: 8:11-cv-142-T-26TGW

BRIDGEWATER COMMUNITY ASSOCIATION,
INC. and GERALDINE HOLLOWAY,

    Defendants.
_____/

**O R D E R**

    Upon due consideration of the well-pleaded allegations of Plaintiff's complaint, which this Court must accept as true at this early juncture of the proceedings, it is ordered and adjudged that Defendant Bridgewater Community Association, Inc.'s Motion to Dismiss Counts II and VII-XI of Plaintiff's Complaint (Dkt. 5) is denied.  In the Court's view, Plaintiff's allegations are more than sufficient to raise a right to relief above the speculative level and to state plausible claims for relief for violating the Florida Consumer Collection Practices Act (counts II and VII-X) and for defamation (count X).  See Ashcroft v. Iqbal, 556 U.S. ___, 129 S.Ct. 1937, 1949, 173 L.Ed.2d 868 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 561-62, 570, 127 S.Ct. 1955, 1968-69, 1974, 167 L.Ed.2d 929 (2007).  The Association Defendant shall file its answer and defenses to Plaintiff's complaint within ten (10) days of this order.

    It is also ordered and adjudged that Plaintiff's Motion for Emergency Injunctive Relief Without Notice (Dkt. 4) filed pursuant to Rule 1.610(a) of the Florida Rules of Civil Procedure

prior to removal is denied without prejudice inasmuch as Defendants obviously have notice. Plaintiff may seek preliminary injunctive relief with notice consistent with the requirements of Rule 65(a) of the Federal Rules of Civil Procedure.

  **DONE AND ORDERED** at Tampa, Florida, on January 24, 2011.


          s/*Richard A. Lazzara*
          **RICHARD A. LAZZARA**
          **UNITED STATES DISTRICT JUDGE**


**COPIES FURNISHED TO**:
Counsel of Record